IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB AND GREG KILLINGSWORTH,**
individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100

MEDFORD DIVISION

Plaintiffs,

v.

CITY OF _Medford_, a municipal government,

Defendant.

No. 21-CV-00766

DECLARATION OF _Sherry Herndon_

I, _Sherry Herndon_, do hereby declare under penalty of perjury under the laws of the United States that the following facts are true and correct:

1. I am _36_ years old and I have personal knowledge of the facts set forth here.

2. I am a homeless resident of _Medford_, Oregon. I have lived in _Medford_ for _most of my life_.

3. I have been displaced by this city or _____ occasions. ~~Description (place, estimation of date, actions taken, other options available, etc...):~~ _mistreated as stated._

_I took an overdose of pills and I went to the hospital. (I was depressed.) They gave me an injection, but then a female cop woke up and wanted me to talk but I was still under effects of the injection. I was then released. I then returned, eventually, to my abuser. ~~eventually~~ Then I called crisis center and_

went to a motel. I stepped outside to
smoke a cigarette. The man at the
hotel (who was my connection through
the help line & crisis center) kicked me out
while I was outside the room and took
my stuff. So how was this helping someone
in crisis? When I was kicked out. I had
to go into the street that night. It was cold.

4. When I was displaced, the effect on me was:

Then I was on the street. (The stuff the
guy took was stuff the crisis center gave me.)
The guy also took some of my clothing.

5. I lost the following personal items:

_____

_____

_____

_____

6. My other interactions with law enforcement have entailed:

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this _Feb. 1, 2021_

_[signature]_
Signed

_SHERRY HERNDON_
Printed

_[signature]_
Witnessed by:
James Yarbrough

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANDRE BILODEAU, ROBERT
BESSY, AMBER MCNAB AND
GREG KILLINGSWORTH,**
individuals, on behalf of themselves and
all others similarly situated; and DOES 1
through 100

Plaintiffs,

v.

CITY OF _Medford_, a municipal
government,

Defendant.

MEDFORD DIVISION

)
)
)
)
)
)
)
)
)
)
)
)

No. 21-CV-00766

DECLARATION OF
_Jacqueline Renee Elgin_

I, _Jacqueline Renee Elgin_, do hereby declare under penalty of perjury under the laws of the United States that the following facts are true and correct:

1. I am _50_ years old and I have personal knowledge of the facts set forth here.

2. I am a homeless resident of _Medford_, Oregon. I have lived in _Medford_ for _20 years off and on._

3. I have been displaced by this city on _____ occasions. Description (place, estimation of date, actions taken, other options available, etc...):

_A cop was sitting in the bushes. My nephew had just died from a drunk driver. I got a cup of coffee. Then I went to a place to get a beer. This was near Alba Park. The cop popped out of bushes and admitted he had been watching me. He knocked over my beer and ~~arrested~~ arrested me. Because of that arrest I missed a doctor's appointment that_ (over) →

day. I felt he was stalking me.

RESPECTFULLY SUBMITTED this _____ Feb. 9, 2021

_____
Signed

_____
JAQUELINE R. Elgin
Printed

James Yarbrough
Witnessed by:

James Yarbrough

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANDRE BILODEAU, ROBERT
BESSY, AMBER MCNAB AND            MEDFORD DIVISION
GREG KILLINGSWORTH,
individuals, on behalf of themselves and
all others similarly situated; and DOES 1
through 100                                       )
                        Plaintiffs,               )    No. 21-CV-00766
                                                  )
                                                  )
                v.                                )    DECLARATION OF
          CITY OF Medford                         )    Tianna Carrier
          _____, a municipal                )
          government,                             )
                        Defendant.                )

I, Tianna Carrier, do hereby declare under penalty of perjury under the

laws of the United States that the following facts are true and correct:

1. I am 41 years old and I have personal knowledge of the facts set forth here.

2. I am a homeless resident of Medford, Oregon. I have lived in Medford for

1.5 years.

3. I have been displaced by this city on ____ occasions. Description (place, estimation
of date, actions taken, other options available, etc...):

I was in Central Point. I had a whole
campsite set up along a horsetrail, backside of
the Expo. This was about 5 years ago. Officer
Jones came along with other cops. They had a
huge garbage bin near Pilot, the overflow lot for
the trucks. They lit fire to the bin which had
the belongings and tents of homeless people. They
did not get my stuff because I got out
soon enough. But they just burned up all those
homeless people's belongings.

After ~~before~~ the campsite in Central Point, I and others did a clean up of an area behind the old slaughterhouse.

I have been in Medford ~~the~~ for the last 1.5 years

I feel the city should pick up trash along the greenway more often. They need to light up the greenway more because there are more homeless people, especially since the fires, summer 2020.

When the cops take people's belongings, medications, and tents away from ~~them~~, it causes lots of trauma, especially for people with PTSD.

RESPECTFULLY SUBMITTED this _Feb. 10, 2021_

_Tianna Garciel_
Signed

_Tianna Carrier_
Printed

_James Yarbrough_
Witnessed by:
_James Yarbrough_

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB AND GREG KILLINGSWORTH,**
individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100

              Plaintiffs,

              v.

CITY OF ___Medford___, a municipal government,

              Defendant.

MEDFORD DIVISION

No. 21-CV-00766

DECLARATION OF _Yolanda Caro-Quintero_

I, _Yoland Caro-Quintero_, do hereby declare under penalty of perjury under the laws of the United States that the following facts are true and correct:

1. I am _52_ years old and I have personal knowledge of the facts set forth here.

2. I am a homeless resident of _Medford_, Oregon. I have lived in _Medford_ for _2-3 years during the present period_

3. I have been displaced by this city on ___ occasions. Description (place, estimation of date, actions taken, other options available, etc...):

Feb. 10, 2021 Today ~~the cops~~ a cop and a girl named Heether were doing clean up, which was fine. But they tried to take my batteries, ~~but~~ but I would not let them. But they did take a ~~X~~ gal. propane tank, not even used yet. They said it was stolen, but it was not. I paid for the $ Many times they cops have destroyed ~~all~~ all my belongings to where I had nothing and still had to survive.

Cops just go down the greenway late at night and rev their engines, scaring & waking people up.

RESPECTFULLY SUBMITTED this _Feb. 10, 2021_

_Yolanda Cano Quintero_
Signed

_____
Printed

_James Yarbrough_
Witnessed by:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB AND GREG KILLINGSWORTH,**
individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100

MEDFORD DIVISION

Plaintiffs,

v.

CITY OF _Medford_, a municipal government,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

No. 21-CV-00766

DECLARATION OF _Robert Hopkins_

I, _Robert Hopkins_, do hereby declare under penalty of perjury under the laws of the United States that the following facts are true and correct:

1. I am _54_ years old and I have personal knowledge of the facts set forth here.

2. I am a homeless resident of _Medford_, Oregon. I have lived in _Medford_ for _about 1yr_

3: I have been displaced by this city on _____ occasions. Description (place, estimation of date, actions taken, other options available, etc...):

_I pick up cans and bottles. Of course I go through trash at times to get recyclable. I have the cans + bottles in a shopping cart. They (cops) have fined me for using a shopping cart, they gave me a ticket. Why do they make it hard for people to earn some money by picking up cans and bottles? I'm trying_

to get by.

~~CASE~~

Addendum, statement by Witness
James Yarbrough, 2-10-21.

Just as we finished this Declaration,
a Medford police officer rolled up on Robert,
as I was standing there. He told Robert he
had to take all the cans out of the
shopping cart which cart Robert Hopkins
was using to carry the hundreds of cans he
had collected. The officer gave Robert
a big plastic ~~bag~~ bag for some of the loose
cans. Robert complied with the police
order. The policeman drove a short distance
away and parked his car.
Now, Robert was ~~foustrated~~. He said,
"This is what I'm saying. I try to help
myself, to make money by "canning," but
the cops make it hard." I drove
Robert to the recycling center so he could
redeem his cans.

RESPECTFULLY SUBMITTED this _Feb. 10, 2021_

_Robert Hopkins_
Signed

_Robert Hopkins_
Printed

_James Yarbrough_
Witnessed by:

James Yarbrough

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

**ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB AND GREG KILLINGSWORTH,** individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100

Plaintiffs,

v.

CITY OF ___Medford___, a municipal government,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 21-CV-00766

DECLARATION OF _Kristan Hinkley_
Kristan

I, ___Kristan Hinkley___, do hereby declare under penalty of perjury under the
Kristan
laws of the United States that the following facts are true and correct:

1. I am __60__ years old and I have personal knowledge of the facts set forth here.

2. I am a homeless resident of ___Medford___, Oregon. I have lived in ___Medford___ for __about 4 yrs.__

3. ~~I have been displaced by this city on~~ ___ occasions. ~~Description (place, estimation of date, actions taken, other options available, etc...):~~

I've been trying to get into assisted living. I almost got in and the facility said I had a place, but they gave it to someone else. (That place was Avenida G, or A, a small facility.) So I left Medford for a while, and came back ~~one year I came back~~ for a whole year. I have tried to get assisted living but.

it has not worked. I also stop feeling hunted by the police. I hear people screaming at night. I hear guns going off. I was sleeping along greenway and a guy shot me with paintballs. He was in a car. The next night he did the same. He drew blood from me. A woman I knew got hit by a flaming paintball. The police don't do anything, ~~but~~ and they are more violent toward us anyway. The police are lewd. ~~They said to me~~ One cop said we should go on a date. Another woman told me ~~this~~ a cop wanted her to go out with him.

I wanted to go to ARC to get into drug rehab. They did not have an opening. My life is difficult. ~~XX~~ I feel cops said bad things to ARC about me because at first ARC was willing to work with me. I feel cops have prejudiced me getting into Rogue Retreat.

Cops are in everybody's business too much, and then they manipulate people with threats, or ~~XX~~ by ridiculing people. All I do is sleep and eat in the park. I am not a criminal. I feel cops undermine me ~~in~~ getting into

a shelter. I'm going to try something besides Rogue Retreat because I think cops are too involved with Rogue Retreat.

4. When I was displaced, the effect on me was:

_____

_____

_____

_____

5. I lost the following personal items:

_____

_____

_____

_____

6. My other interactions with law enforcement have entailed:

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this _Feb. 1, 2021_

RJ & "Len".
, Kenneth
are the cops.

Signed

KRISTIN HINKLEY
Printed

Witnessed by:
James Yarbrough

R.J. & "Len" (Kenneth)
are the cops.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB AND GREG KILLINGSWORTH,** individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100

MEDFORD DIVISION

Plaintiffs,

v.

CITY OF Medford, a municipal government,

Defendant.

No. 21-CV-00766

DECLARATION OF Burton Moreno

I, Burton Moreno, do hereby declare under penalty of perjury under the laws of the United States that the following facts are true and correct:

1. I am 35 years old and I have personal knowledge of the facts set forth here.

2. I am a homeless resident of Medford, Oregon. I have lived in Medford for 4 years.

3. I have been displaced by this city on _____ occasions. Description (place, estimation of date, actions taken, other options available, etc...):

I been getting harassed and followed around town by Officers Josephson and Wolf. They want me to get out of downtown. They say they will take to jail if I'm downtown. They say I'm a drug addict & drunk. I tell them I'm an ex-drug addict. I do have a beer with friends but I'm not a/drunk. (over)→

These cops know my past and it seems like they just keep harassing me even though I am clean. I walk my girl to work everyday. I have been a ~~stat~~ victim of stabbing and people have jacked me (stolen stuff) and yet I was the one who had to go to jail. One day I was with a ~~friend~~ sitting near library and my friend was singing. Josephson and Pickens came by, not in uniform, and told us not to sing and to move on. They said we were banned from downtown but they gave me no paperwork or order in writing. ~~They~~ I had been using my phone to access social security. I was outside using library wifi. They said it was stealing if I used the public library wifi. They said if we didn't move they would take me to jail. How can using my phone to access social security be a crime? They were claiming using the wifi was a crime, when it's ~~for~~ the public. It's public library wifi.

RESPECTFULLY SUBMITTED this _Feb. 9, 2021_

_Burton Moren_
Signed

_Burton Moreno_
Printed

_James Yarbrough_
Witnessed by:
_James Yarbrough_

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANDRE BILODEAU, ROBERT**
**BESSY, AMBER MCNAB AND**
**GREG KILLINGSWORTH,**
individuals, on behalf of themselves and
all others similarly situated; and DOES 1
through 100

Plaintiffs,

v.   Medford

CITY OF _____, a municipal
government,

Defendant.

MEDFORD DIVISION

No. 21-CV-00766

DECLARATION OF Damian Rankin

I, Damian Rankin, do hereby declare under penalty of perjury under the laws of the United States that the following facts are true and correct:

1. I am 34 years old and I have personal knowledge of the facts set forth here.

2. I am a homeless resident of Medford, Oregon. I have lived in Medford for 6-9 months.

3. I have been displaced by this city on ____ occasions. Description (place, estimation of date, actions taken, other options available, etc...):

Cops arrest me at 8 or 9 a.m. and let me out at 10 p.m. at night. It is rough out here. Cops stopped a man for having a bike. He had the receipts. They held him up for an hour, and ran his i.d. twice. Just harassment. I held a new "bubble" for someone else just for a minute. Cops came up and arrested me. I got off. (B.S. charge.)

I'm in the parking garage downtown, a recycling place or old recycling place. Cops find my wooden pot pipe. They confiscate my glass bubbler. They find my weed, and let that pass. But they find my wooden pot pipe. They destroy it. They just did this out of cruelty.

They took my new bong, worth $60. They took other things from me. They said I went in the next day to pick it up, along with a small, legal knife. They said they never had it, either the knife or bong.

I know people out here who trade $200 worth of food stamps for $100 of drugs. (The guy who gets the stamps then feeds people when they come back.) Cops out here will take legal knives, chargers, and bluetooth gear, and cops don't take drugs. Why are cops keeping all the knives and not taking the drugs?

Cops like to impound cars. So lots of homeless get their cars impounded which screws up their lives.

i

RESPECTFULLY SUBMITTED this _Feb. 2, 2021_

_Damian Rankin_
Signed

_Damian Rankin_
Printed

_James Yarbrough_
Witnessed by: _James Yarbrough_

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANDRE BILODEAU, ROBERT
BESSY, AMBER MCNAB AND
GREG KILLINGSWORTH,**
individuals, on behalf of themselves and
all others similarly situated; and DOES 1
through 100

MEDFORD DIVISION

                                        )
                                        )
                                        )
                Plaintiffs,             )    No. 21-CV-00766
                                        )
            v.    Medford               )    DECLARATION OF
                                        )    Larry Rogers
CITY OF _____, a municipal            )
government,                             )
                Defendant.              )
                                        )

I, _____Larry Rogers_____, do hereby declare under penalty of perjury under the

laws of the United States that the following facts are true and correct:

1. I am _58_ years old and I have personal knowledge of the facts set forth here.

2. I am a homeless resident of _Medford_, Oregon. I have lived in _Medford_ for
off and on 10 yrs.

3. I have been displaced by this city on _____ occasions. Description (place, estimation
of date, actions taken, other options available, etc...):
One night it was raining. I was
sleeping behind the public library. The
cops woke me and told me to move.
Sometimes shelters and tent villages
are not safe for people.
The source of my problem
is my identity was stolen so I
cannot get disability or social security.

RESPECTFULLY SUBMITTED this _Feb. 2, 2021_

_Larry JB Rogers_
Signed

_Larry JB Rogers_
Printed

_James Yarbrough_
Witnessed by:

_James Yarbrough_

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ANDRE BILODEAU, ROBERT
BESSY, AMBER MCNAB AND
GREG KILLINGSWORTH,**
individuals, on behalf of themselves and
all others similarly situated; and DOES 1
through 100

MEDFORD DIVISION

                              Plaintiffs,                )
                                                          )
                                                          )    No. 21-CV-00766
                                                          )
                    v.                                    )    DECLARATION OF
                                                          )    _Marie Elizabeth Whaley_
CITY OF _Medford_, a municipal          )
government,                                               )
                              Defendant.              )

I, _Marie Whaley_, do hereby declare under penalty of perjury under the

laws of the United States that the following facts are true and correct:

1. I am _54_ years old and I have personal knowledge of the facts set forth here.

2. I am a homeless resident of _Medford_, Oregon. I have lived in _Medford_ ~~for~~

_since 1983_.

3. I have been displaced by this city on _____ occasions. Description (place, estimation

of date, actions taken, other options available, etc...):

_About 2 yrs ago I was in Providence hospital._
_They got me a room at Redwood Inn. The_
_room was dirty. ~~But~~ So I reserved a room_
_at Shiloh Inn, ~~but~~ and had my own money,_
_but Shiloh said they had to call the police._
_I went across the street to Purple Parrot_
_to get coffee. The cops came in and pulled_
_guns on me, handcuffed me and said I did_
_an armed robbery (I've never had a_ _nnver-_

gun in my life). I was scared. I was afraid the ~~cops~~ sheriffs would kill me. They had a warrant for me, but it was not for armed robbery. They arrested me. (That warrant was because I pulled a knife ~~on a man~~ who threatened me ~~and took~~ my belongings.) I was in jail overnight. That night ~~5 cops~~ 5 sheriffs made me strip down to my black bra. They did not let me keep my underwear. They told me to "play dead." I just laid down on the floor. I was terrified. I peed ~~on m.~~ on the floor. They would leave and come back in and say, ~~"she is still dead."~~ "Is she dead?" They stepped on me, they ~~based~~ bashed my head into the wall, they hit me in the chest, ~~they~~

I had bruises over my heart and on my wrists.

Walker and Mallory were 2 of the ~~cops~~ sheriffs; they are ~~female~~. There were also 3 male sheriffs.

I am strong and don't do narcotics anymore. I have lots more friends who have been hurt physically by the police, including women. I have reported sexual assault and the police did not do anything. I had a friend who was raped and assaulted under a bridge. Police showed up and did not do anything. They offered her no help.

RESPECTFULLY SUBMITTED this _Feb. 10, 2021_

_Marie E. Whaley_
Signed

_Marie E. Whaley._
Printed

_James Yarbrough_
Witnessed by:

_James Yarbrough_

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

**ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB AND GREG KILLINGSWORTH,** individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100

Plaintiffs,

v.

CITY OF Medford, a municipal government,

Defendant.

No. 21-CV-00766

DECLARATION OF Lonnie Wycherly

I, Lonnie Wycherly, do hereby declare under penalty of perjury under the laws of the United States that the following facts are true and correct:

1. I am 55 years old and I have personal knowledge of the facts set forth here.

2. I am a homeless resident of Medford, Oregon. I have lived in Medford for 2.5 yrs.

3. I have been displaced by this city on _____ occasions. Description (place, estimation of date, actions taken, other options available, etc...):

When there was a tent city in Hawthorne Park, I knew cops were coming. I packed up my tent. I was looking at a posted resource list and the cop asked me to leave. I started to leave then 2 cops grabbed me and knocked me down. I was ready to go anyway. Then another cop asked me what happened, like he was concerned.

They took me into jail for a warrant, but my warrant was only for sleeping under the bridge or in the park.

(My leg really hurt from when the cops knocked me down the day before.)

The cops seem to think might makes right.

The Medford jail is a madhouse. When I was in there I got mad and yelled out. They took my stuff and put me in isolation, bare naked. It's true I was yelling at them out of frustration, but naked isolation seemed extreme. I also asked for tylenol because my leg hurt from cops knocking me down, and they never gave me any.

RESPECTFULLY SUBMITTED this _Feb. 4, 2021_

_Lonnie Wycherly_
Signed

_Lonnie Wycherly_
Printed

_James Yarbrough_
Witnessed by:

James Yarbrough