Richard C. Whitlock, OSB 773884
Eric B. Mitton, OSB 065925
Of Attorneys for Defendant City of Medford
Medford City Attorney's Office
411 W. 8th Street, Room 260
Medford, OR 97501
(541) 774-2020
richard.whitlock@cityofmedford.org
eric.mitton@cityofmedford.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB, AND GREG KILLINGSWORTH, individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MEDFORD, MEDFORD, an incorporated Oregon city,<br><br>Defendant. | Case No. 21-CV-00766<br><br>WAIVER OF SERVICE OF SUMMONS |

To:     Justin N. Rosas and Justina E. Lara, attorneys for Plaintiffs.

We are aware of Rule 4(d)'s direction to Defendants to avoid unnecessary service costs, and we have waived procedures associated with wavier of service (including providing us copies of the waiver form and a prepaid envelope). The entity this office represents agrees to save the

PAGE 1 – WAIVER OF SERVICE OF SUMMONS

expense of serving a summons and complaint in this case on behalf of Defendant City of Medford.

We understand that the entity we represent will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but Defendant waives any objection to the absence of a summons or of service.

We also understand that the entity we represent must file and serve an answer or a motion under Rule 12 within 60 days from May 19, 2021, the date when the parties agreed to waive service.  If we fail to do so, a default judgment will be entered against the entity we represent.

DATED this 20th day of May, 2021.

/s/ Eric B. Mitton
Richard C. Whitlock, OSB No. 773884
Eric B. Mitton, OSB No. 065925
Of Attorneys for Defendant City of Medford
Medford City Attorney's Office
411 W. 8th Street, Room 260
Medford, OR 97501