Thomas F. Armosino, OSB No. 911954
Email: Armosino@fdfirm.com
Casey S. Murdock, OSB No. 144914
Email: Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, PC
2592 East Barnett Road
Medford, OR 97504
Phone: (541) 772-2333
Fax:    (541) 779-6379
  Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB, AND GREG KILLINGSWORTH, individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100,<br><br>                Plaintiffs,<br><br>v.<br><br>CITY OF MEDFORD,<br><br>                Defendant. | Case No.: 1:21-cv-00766-CL<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

**TO:   THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that the undersigned, Richard C. Whitlock of the Medford City Attorney's Office, hereby withdraws as Lead Attorney and counsel of record for Defendant City of Medford.

    You are further notified that Thomas F. Armosino and Casey S. Murdock of Frohnmayer, Deatherage, Jamieson, Moore, Armosino & McGovern, P.C. are being substituted for Richard C.

Page 1 – NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Whitlock as Lead Attorneys and counsel of record for Defendant.

You are further notified that Eric B. Mitton of the Medford City Attorney's Office, currently listed on the docket as Lead Counsel of record for Defendant, is now Associate Counsel of record for defendant and associates with Thomas F. Armosino and Casey S. Murdock.

Copies of all further papers and proceedings herein, except original process, shall be served upon the undersigned Thomas F. Armosino and Casey S. Murdock at the address stated below.

All attorneys listed on this Notice of Withdrawal and Substitution of Counsel hereby accept the above designations and concur in the filing of same. This notice is effective immediately.

DATED this 13th day of October, 2021.

                MEDFORD CITY ATTORNEY'S OFFICE

                *s/ Richard C. Whitlock*
                Richard C. Whitlock, OSB #773884
                Richard.Whitlock@cityofmedford.org
                *Withdrawing Attorney for Defendant City of Medford*

                *s/ Eric B. Mitton*
                Eric B. Mitton, OSB #065925
                Eric.Mitton@cityofmedford.org
                *Associated Attorney for Defendant City of Medford*

                FROHNMAYER, DEATHERAGE, JAMIESON,
                MOORE, ARMOSINO & McGOVERN, PC

                *s/ Thomas F. Armosino*
                Thomas F. Armosino, OSB #911954
                Armosino@fdfirm.com
                *s/ Casey S. Murdock*
                Casey S. Murdock, OSB #144914
                Murdock@fdfirm.com
                2592 E. Barnett Road
                Medford, OR 97504
                Telephone: 541-779-2333
                Fax: 541-779-6379
                *Substituting Attorneys and Lead Counsel for Defendant City of Medford*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** upon:

    Justin N. Rosas
    justin@justinrosas.com
    Justina Lara
    justina@justinrosas.com
    THE LAW OFFICE OF JUSTIN ROSASJU
    110 W. 11th Street
    Medford, OR 97501
    Attorneys for Plaintiff's

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing system.

☐    by mailing to said attorneys a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorneys at said attorneys' last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

DATED this 13th day of October, 2021.

                                            FROHNMAYER, DEATHERAGE, JAMIESON,
                                            MOORE, ARMOSINO & McGOVERN, P.C.

                                            *s/ Thomas F. Armosino*
                                            Thomas F. Armosino, OSB #911954
                                            Armosino@fdfirm.com
                                            Casey S. Murdock, OSB #144914
                                            Murdock@fdfirm.com
                                            Of Attorneys for Defendant