Thomas F. Armosino, OSB No. 911954
Email: Armosino@fdfirm.com
Casey S. Murdock, OSB No. 144914
Email: Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, PC
2592 East Barnett Road
Medford, OR 97504
Phone: (541) 772-2333
Fax:    (541) 779-6379
  Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB, AND GREG KILLINGSWORTH, individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF MEDFORD,<br><br>        Defendant. | Case No.: 1:21-cv-00766-CL<br><br>**NOTICE OF APPEARANCE OF CASEY S. MURDOCK** |

**TO:   THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Casey S. Murdock of Frohnmayer, Deatherage, Jamieson,

Moore, Armosino & McGovern, P.C. is appearing as one of the Lead Attorneys for defendant and

directs that he be added to the docket in this matter, and that all further pleadings, orders, notices,

Page 1 – NOTICE OF APPEARANCE OF CASEY S. MURDOCK

and other documents, except original process, be served upon him.

DATED this 13th day of October, 2021.

        FROHNMAYER, DEATHERAGE, JAMIESON,
        MOORE, ARMOSINO & McGOVERN, PC

        *s/ Casey S. Murdock*
        Casey S. Murdock, OSB #144914
        Murdock@fdfirm.com
        *s/ Thomas F. Armosino*
        Thomas F. Armosino, OSB #911954
        Armosino@fdfirm.com
        2592 E. Barnett Road
        Medford, OR 97504
        Telephone: 541-779-2333
        Fax: 541-779-6379
          Of Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF APPEARANCE OF CASEY S. MURDOCK** upon:

    Justin N. Rosas
    justin@justinrosas.com
    Justina Lara
    justina@justinrosas.com
    THE LAW OFFICE OF JUSTIN ROSASJU
    110 W. 11th Street
    Medford, OR 97501
    Attorneys for Plaintiff s

☒    by automatic electronic transmission via the Court's Case Management and Electronic Case Filing system.

☐    by mailing to said attorneys a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorneys at said attorneys' last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

DATED this 13th day of October, 2021.

    FROHNMAYER, DEATHERAGE, JAMIESON,
    MOORE, ARMOSINO & McGOVERN, P.C.

    *s/ Casey S. Murdock*
    Casey S. Murdock, OSB #144914
    Murdock@fdfirm.com
    Of Attorneys for Defendant