**Eric B. Mitton, OSB 065925**
Of Attorneys for Defendant City of Medford
Medford City Attorney's Office
411 W. 8th Street, Room 260
Medford, OR 97501
(541) 774-2020
richard.whitlock@cityofmedford.org
eric.mitton@cityofmedford.org

**Thomas F. Armosino, OSB No. 911954**
Email: Armosino@fdfirm.com
**Casey S. Murdock, OSB No. 144914**
Email: Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, PC
2592 East Barnett Road
Medford, OR 97504
Phone: (541) 772-2333
Fax:    (541) 779-6379
 Of Attorneys for Defendant City of Medford

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB, AND GREG KILLINGSWORTH, individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100,<br><br>           Plaintiffs,<br><br>v.<br><br>CITY OF MEDFORD, MEDFORD, an incorporated Oregon city,<br><br>           Defendant. | Case No. 21-CV-00766<br><br>STIPULATED PROTECTIVE ORDER |

PAGE 1 – STIPULATED PROTECTIVE ORDER

The parties to this case contemplate that a significant number of police reports will be produced by Defendant's counsel to Plaintiffs' counsel during document discovery. In the interests of practicality and efficiency, the parties agree that Defendant's counsel may produce unredacted documents and reports to Plaintiffs' counsel subject to the following:

(1) The reports may only be used for purposes of litigation in the above-captioned case and not for any other purpose.

(2) Dates of birth and social security numbers on such reports shall be treated by Plaintiffs' counsel as limited to Plaintiffs' counsel and their staff (i.e., "attorneys' eyes only"). If Plaintiffs' counsel will be filing any reports with the Court or providing reports to Plaintiffs themselves, or to any third parties (including but not limited to witnesses at deposition), Plaintiffs' counsel shall redact those dates of birth and social security numbers beforehand.

(3) Any police reports stamped "juvenile" or dealing with sex crimes shall be treated by Plaintiffs' counsel as limited to Plaintiffs' counsel and their staff (i.e., "attorneys' eyes only"). Should the parties need to file such a report with the Court, the report shall be filed under seal pursuant to Federal Rule of Civil Procedure 5.2(d). This restriction applies to the whole police report unless the parties reach a different agreement as to that police report. If any report under this section is referenced, discussed, or submitted as an Exhibit at deposition or trial, such questioning and testimony shall be treated as confidential and subject to seal.

(4) In addition to Plaintiffs' counsel and their staff, the information described in (2) and the documents described in (3) may be furnished to professional expert witnesses for purposes of litigation in the above-captioned case, provided those expert witnesses (a) also are provided copies of this Protective Order, (b) agree in writing to be bound by the Protective Order, and (c)

PAGE 2 – STIPULATED PROTECTIVE ORDER

agree to return the reports, information, and documents to counsel no later than 60 days after final resolution of the above-captioned case.

SO STIPULATED:

*[signature]*

JUSTIN ROSAS, OSB #076412
Of Attorneys for Plaintiffs

DATED: 12/9/21

*[signature]*

CASEY MURDOCK, OSB #144914
Of Attorneys for Defendant

DATED: 12/13/21

*[signature]*

ERIC MITTON, OSB #065925
Of Attorneys for Defendant

DATED: 12/9/21

PAGE 3 – STIPULATED PROTECTIVE ORDER

Medford City Attorney's Office
411 West 8th Street, Medford, OR 97501
(541) 774-2020

    This Court has reviewed the reasons offered in support of entry of this Stipulated Protective Order and finds that there is good cause to protect the confidential nature of certain information. Accordingly, this Court adopts the above Stipulated Protective Order in this action.

IT IS SO ORDERED THIS ___ day of _____, 20_____.

                     _____
                     Honorable _____
                     United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATED PROTECTIVE ORDER** upon:

>Justin N. Rosas
>justin@justinrosas.com
>Justina Lara
>justina@justinrosas.com
>THE LAW OFFICE OF JUSTIN ROSASJU
>110 W. 11th Street
>Medford, OR 97501
> Attorneys for Plaintiffs

>Eric Mitton
>City Attorney's Office
>411 W 8th Street, Room 332
>Medford, OR 97501
> Attorneys for Defendant

☒ by automatic electronic transmission via the Court's Case Management and Electronic Case Filing system.

DATED this 13th day of December, 2021.

>FROHNMAYER, DEATHERAGE, JAMIESON,
>MOORE, ARMOSINO & McGOVERN, P.C.
>
>_/s/ Casey S. Murdock_
>Casey S. Murdock, OSB #144914
>Murdock@fdfirm.com
>Of Attorneys for Defendant