**Justin N. Rosas, OSB #076412**
110 W. 11th St.
Medford, OR 97501
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**MEDFORD DIVISION**

| | |
|---|---|
| **ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB AND GREG KILLINGSWORTH,** individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100<br><br>        Plaintiffs,<br><br>v.<br><br>**CITY OF MEDFORD**,<br><br>        Defendant. | Case No. 21-766<br><br>**ORDER ALLOWING AMENDED COMPLAINT** |

It is hereby ordered that the Plaintiffs Amended Complaint is allowed.

_____
Honorable Mark Clarke
US Magistrate Judge

1 – Order Allowing Amended Complaint