October 23, 2022

Re: Bilodeau, Et Al.

Your Honor:

I apologize this did not get to you on Friday. I am on the east coast at a conference and my staff was having difficulty with the federal filing login and system. Since I am still here, this letter is also not on typical letterhead.

I am attaching the complaint. It was my original mistaken understanding that when I made a motion and attached the amended complaint and then that motion was ruled on in my clients' favor, the amended complaint was then entered. I now understand we needed to separately file the same document we had filed before. It is filed attached to this letter. Since the City has had the amended complaint for months and did not even work to draft a response until after our hearing, I do not believe there has been prejudice to the City.

Yours,

Justin N. Rosas

The Law Office of Justin Rosas
110 West 11th Street
Medford, OR 97501
ph: 541.245.9781
f: 458.226.2499

He.Him.His.