Thomas F. Armosino, OSB No. 911954
Email: Armosino@fdfirm.com
**Casey S. Murdock, OSB No. 144914**
Email: Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, PC
2592 East Barnett Road
Medford, OR 97504
Phone: (541) 772-2333
Fax:    (541) 779-6379
 Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB, GREG KILLINGSWORTH, TRAVIS GREINER, and RONDA BJORK, individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MEDFORD,<br><br>Defendant. | Case No.: 1:21-cv-00766-CL<br><br>**DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**<br><br>**LR 16-3** |

**CONFERRAL**

Pursuant to LR 7-1, counsel for Defendant conferred with Plaintiffs' counsel on November 14, 2022 and he stated he has no objection to submitting the following proposed deadlines. (Decl. Murdock (Ex. 1)).

/ / /

Page 1 – **DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

## MOTION

Defendant, City of Medford, hereby moves the court to modify its existing case scheduling order. (ECF No. 24). This motion is made in good faith and not solely for the purpose of delay. (Ex. 1). The scheduling order currently closes discovery on December 5, 2022 and requires the parties to file dispositive motions on or before January 4, 2023. (ECF No. 24).

Plaintiffs' Motion for Class Certification (ECF No. 21) remains under advisement. (ECF No. 36). As the parties reported earlier in this case, the ruling on that order will likely have significant effects on substantive discovery and dispositive motions. *See,* Joint Status Report (ECF No. 23), p. 2. The court also did not report unanimous consent to magistrate jurisdiction, which means the anticipated report and recommendation on plaintiffs' motion to certify class will be referred to an Article III judge.

For the foregoing reasons, the parties anticipate needing additional time to conduct substantive discovery and to prepare dispositive motions considering the critically important disposition on plaintiffs' pending motion.

As noted in the Joint Status Report, defendant recommends a nine-month period for substantive discovery if a class is certified and six months if the class is not certified. (ECF No. 23, p. 2). Plaintiffs recommend six months for substantive discovery if a class is certified and four months if a class is not certified. *Id.*

The parties have diligently utilized the time to-date by engaging in class certification paper discovery, briefing plaintiffs' motion for leave to amend, briefing plaintiffs' motion for class certification, and arguing those matters. Both motions significantly impact the scope of discovery and the breadth of any dispositive motion(s).

The newly proposed deadlines do not impact any other currently pending deadlines.

Page 2 – **DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

## CONCLUSION

For the foregoing reasons, the parties request a stay on the currently set deadlines and to implement the one of the two suggested deadlines for substantive discovery and dispositive motions pending the final ruling on class certification.

Dated this 17th day of November, 2022.

FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, PC,

*s/ Casey S. Murdock*
Thomas F. Armosino, OSB #911954
Armosino@fdfirm.com
Casey S. Murdock, OSB #144914
Murdock@fdfirm.com
Of Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** upon:

Justin N. Rosas
justin@justinrosas.com
THE LAW OFFICE OF JUSTIN ROSASJU
110 W. 11th Street
Medford, OR 97501
 Attorneys for Plaintiff s

☒ by automatic electronic transmission via the Court's Case Management and Electronic Case Filing practice.

☐ by mailing to said attorneys a copy thereof, certified by me as such, contained in a sealed envelope, with postage paid, addressed to said attorneys at said attorneys' last known address and deposited in the post office at Medford, Oregon, on the date set forth below.

DATED this 17th day of November, 2022.

    FROHNMAYER, DEATHERAGE, JAMIESON,
    MOORE, ARMOSINO & McGOVERN, P.C.

    *s/ Casey S. Murdock*
    Thomas F. Armosino, OSB #911954
    Armosino@fdfirm.com
    Casey S. Murdock, OSB #144914
    Murdock@fdfirm.com
    Of Attorneys for Defendant

Thomas F. Armosino, OSB No. 911954
Email: Armosino@fdfirm.com
**Casey S. Murdock, OSB No. 144914**
Email: Murdock@fdfirm.com
FROHNMAYER, DEATHERAGE, JAMIESON,
MOORE, ARMOSINO & McGOVERN, PC
2592 East Barnett Road
Medford, OR 97504
Phone: (541) 772-2333
Fax: (541) 779-6379
 Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ANDRE BILODEAU, ROBERT BESSY, AMBER MCNAB, GREG KILLINGSWORTH, TRAVIS GREINER, and RONDA BJORK, individuals, on behalf of themselves and all others similarly situated; and DOES 1 through 100,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MEDFORD,<br><br>Defendant. | Case No.: 1:21-cv-00766-CL<br><br>**DECLARATION OF CASEY MURDOCK IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINES** |

I, Casey Murdock, do hereby declare and say:

1. I am one of the attorneys for the City of Medford.

2. This Declaration is made in support of Defendant's Unopposed Motion to Extend

Deadlines.

Page 1 –**DECLARATION OF CASEY MURDOCK IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINES**

DEFENDANT'S EXHIBIT 1
PAGE 1 OF 2

3. Plaintiffs' counsel and I conferred on this motion. He sent an email on November 14, 2022 authorizing the filing of this motion with the two options for deadlines.

4. This motion is made in good faith and not solely for the purpose of delay.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

DATED this 17th day of November, 2022.

/s/ Casey S. Murdock
Casey S. Murdock, OSB No. 144914
Murdock@fdfirm.com
Of Attorneys for Defendant

DEFENDANT'S EXHIBIT 1 PAGE 2 OF 2