IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| ANDRE BILODEAU; ROBERT BESSY; AMBER MCNAB; GREG KILLINGSWORTH; TRAVIS GREINER; AND RONDA BJORK | Case No. 1:21 cv 00766-CL<br>**JUDGMENT** |

        Plaintiffs,

v.

**CITY OF MEDFORD**

        Defendant.

---

AIKEN, District Judge:

In accordance with the Court's Order, ECF No. 75, this case is DISMISSED.

DATED this  4th   day of April 2024.

         /s/Ann Aiken

        Ann Aiken
        United States District Judge

Page 1 – JUDGMENT